AUGUSTUS TAYLOR, an Infant under the Age of Fourteen Years, by AMANDA F. TAYLOR, His Guardian ad Litem, and AMANDA F. TAYLOR, Respondents, v. SUSAN N. TEVES, Defendant, and CHARLES DOUGHERTY, Appellant.— Order granting plaintiffs' motion to set aside a verdict for the defendant, based on a collision between the plaintiff boy, a pedestrian, and the car operated by defendant, reversed on the law and the facts, with costs, verdict reinstated and judgment

directed to be entered thereon, with costs. The court set aside the verdict on an erroneous statement of the evidence. It did so in violation of the frequently stated rule in respect of a defendant's verdict in a tort action as compared with a plaintiff's verdict in a tort action. That rule has been reiterated frequently by this court. (*Seltzer* v. *Coney Island & Gravesend Ry. Co.*, 237 App. Div. 854; *Solkey* v. *Beyer*. 238 id. 809; *Scheuerman* v. *Knapp Coal Co., Inc.*, Id. 874; *Voyes* v. *Kane*, 240 id. 710.) Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.